# First District Court of Appeal
## State of Florida

———————————————

No. 1D2024-0147

———————————————

Norman E. Caison, Sr.,

    Appellant,

v.

Ricky D. Dixon, Secretary,
Florida Department of
Corrections,

    Appellee.

———————————————

On appeal from the Circuit Court for Leon County.
James Lee Marsh, Judge.

December 16, 2025

Per Curiam.

    Affirmed.

Lewis, Kelsey, and Treadwell, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Norman E. Caison, Sr., pro se, Appellant.

Kelly R. Forren, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Appellee.